HERMAN WEISS, Trustee in Bankruptcy of LET'S GO TO MURRAY'S, INC., Appellant, v. FLEETWOOD BANK, Respondent.— Action to recover proceeds of certain checks of a corporation, now represented by the plaintiff trustee in bankruptcy, during a period when the corporation was operating under an " arrangement " authorized by chapter XI of the Bankruptcy Act. Judgment for the defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

(June 8, 1942.)

In the Matter of the Application of OTTO E. KOEGEL, Petitioner, for the Removal from Office of WILLIAM JOHNSON, as Justice of the Peace of the Town of Somers, County of Westchester, State of New York, Respondent.— Proceeding dismissed. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

EDWARD S. ABRAHAMS, Appellant, v. CHARLES S. FRANK, Individually, and as Executor, etc., of DAVID L. FRANK, Deceased, Respondent.— Action to recover damages on the ground that defendant's testator, in selling a gasoline service station to plaintiff, fraudulently represented that the premises were not restricted to the sale of any particular brand of gasoline and petroleum products. Judgment in favor of defendant dismissing the complaint, and order denying motion to set aside the verdict and for a new trial, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ. [See 265 App. Div. 823, amdg. decision.]